GARY L. MYERS, ESQ.
Nevada Bar No. 3120
**LAW OFFICE OF GARY L. MYERS**
7251 W. Lake Mead Blvd., Suite 300
Las Vegas, Nevada 89128-8359
Telephone: 702.240.1980
Facsimile: 702.240.1981
Attorney for Defendant **JAMES KARIBEE**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | Case No.: 2:10-cr-00263-JCM-LRL |
| vs. | ) | |
| | ) | **STIPULATION AND ORDER TO** |
| JAMES KARIBEE, | ) | **CONTINUE TIME OF HEARING ON** |
| | ) | **MOTION TO REOPEN DETENTION** |
| Defendant. | ) | **HEARING** |

IT IS HEREBY STIPULATED by and between the United States of America, by and through DANIEL G. BOGDEN, United States Attorney and DANIEL SCHIESS, Assistant United States Attorney. and JAMES KARIBEE, Defendant, by and through his counsel, GARY L. MYERS, ESQ., that the hearing on Defendant's Motion To Reopen Detention Hearing scheduled for August 13, 2010, at 1:30 p.m., be continued until 4:30 p.m.

| LAW OFFICE OF GARY L. MYERS | DANIEL G. BOGDEN, |
| | United States of America |
| | |
| By: _____//s//_____ | By: _____//s//_____ |
| GARY L. MYERS, ESQ. | DANIEL SCHIESS, ESQ. |
| Counsel for Defendant | Assistant United States Attorney |
| **JAMES KARIBEE** | |

**ORDER**

**IT IS HEREBY ORDERED** that the hearing on Defendant's Motion To Reopen Detention Hearing scheduled for August 13, 2010, at 1:30 p.m., be continued until 4:30 p.m.

_____
I B=I98 GI5I9G A5, GI F5I9 JUDGE
DATE: AUGUST 11, 2010

1