# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>)<br>) |
| vs. | )<br>)  2:10-cr-263-JCM-LRL |
| JAMES KARIBEE, | )<br>) |
| Defendant. | )  **ORDER** |

The Court having granted the Defendant's Ex-Parte Motion To Withdraw As Attorney (#25) on October 28, 2010, and good cause appearing,

IT IS HEREBY ORDERED that the Office of the Federal Public Defender is reappointed in place and stead of Retained Counsel Gary L. Myers, Esq., as counsel for James Karibee.

DATED this 28th day of October, 2010.

_____
LAWRENCE R. LEAVITT
United States Magistrate Judge