UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>JAMES KARIBEE,<br><br>                    Defendant. | 2:10-CR-263-JCM-GWF<br><br>**ORDER TO MODIFY CONDITIONS OF<br>PRETRIAL RELEASE** |

Defendant, James Karibee, having moved this Court for modification of his conditions of pretrial release pursuant to 18 U.S.C. §3145 and Pretrial Services having consented to a modification of the conditions of pretrial release and the government not opposing such modification,

IT IS HEREBY ORDERED THAT Defendant James Karibee's pretrial release conditions are modified to permit him to travel to the state of California as approved by Pretrial Services to address family matters.

DATE: FEBRUARY 16, 2011.

_____
UNITED STATES MAGISTRATE JUDGE