**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 2:10-CR-00263-JCM-GWF |
| ) | |
| JAMES KARIBEE, ) | |
| ) | |
| Defendant. ) | **ORDER** |

On June 14, 2010, the Federal Public Defender was appointed to represent James Karibee. The court has been advised that a conflict exists.

Accordingly, IT IS HEREBY ORDERED that KAREN A. CONNOLLY, ESQ. is APPOINTED as counsel for JAMES KARIBEE in place of the Federal Public Defender for all future proceedings.

The Federal Public Defender shall forward the file to Ms. Connolly forthwith.

DATED this 16th day of February, 2011.
Nunc Pro Tunc: February 15, 2011.

UNITED STATES DISTRICT JUDGE