# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | 2:10-CR-00263-JCM-GWF |
| JAMES KARIBEE, | ) ) | |
| Defendant. | ) ) ) | **ORDER** |

Presently before the court is the government's motion to amend typographical errors in the judgment. (Doc. #58). These errors include the misspelling of three victims. Defendant has not responded.

The three errors identified by the government include:

1. Victim SunView Home Loan Trust 2006 should read Soundview Home Loan Trust 2006.

2. Victim Lacily Bank National Association should read LaSalle Bank National Association.

3. Victim D.J. Mortgage Capital should read DLJ Mortgage Capital.

Good cause appearing,

. . .

. . .

. . .

. . .

. . .

1  IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the government's motion
2 to amend the judgment (doc. #58) be, and the same hereby is, GRANTED.
3  DATED this 17th day of October, 2011.

_____
UNITED STATES DISTRICT JUDGE