UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                 2:10-CR-00263-JCM-GWF

JAMES KARIBEE,

        Defendant.                  **ORDER**

      Presently before the court is the matter of *United States v. Karibee*, case no. 2:10-cr-263-JCM-GWF. The government has filed the instant motion to amend the judgment (doc. # 79) to which the defendant has not responded.

      On September 19, 2012, a judgment of conviction was entered against Mansour Karibee, a.k.a. James Karibee. (Doc. # 77). Karibee was ordered to pay $3,651,000.00 in restitution, joint and severally with "coschemers 1 through 4" to nine victims. (*Id.* at 5-6). The judgment does not identify the four coschemers by name.

      Since that time, the identities of the other coschemers have been ascertained. According to the government:

> After the government filed the Government's Memorandum [in this case], three of the coschemers were sentenced and the fourth [Deshawn Oliver] passed away. The government now identifies the four coschemers.
>
> Defendant's coschemers 1 through 4 are as follows:
>
> Coschemer 1 – Curtis Briley, Case No. 2:10-cr-289-KJD-RJJ
> Coschemer 2 – Brenda Jackson, Case No. 2:10-cr-289-KJD-RJJ
> Coschemer 3 – Eddie Thomas, Case No. 2:10-cr-264-RLH-RJJ

        Coschemer 4 – Deshawn Oliver, deceased, Case No. 2:10-cr-315-PMP-RJJ.

(Doc. # 79, p. 3).

These individuals were identified through their respective pre-sentence investigation reports as contributing to the losses of the same victims as Karibee.

The court grants the government's request that the judgment be amended to reflect that Karibee is jointly and severally liable with these specific defendants. *See* Fed. R. Crim. P. 36 ("[T]he court may at any time correct a clerical error in a judgment, order, or other part of the record, or correct an error in the record arising from oversight or omission."). The clerk is directed to amend the judgment by making Karibee's restitution obligation joint and several with Curtis Briley, Brenda Jackson, and Eddie Thomas in the manner set forth in the restitution list attached to the government's motion as exhibit A. (Doc. # 79-1).

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the government's motion to amend the judgment (doc. # 79) be, and the same hereby is, GRANTED. The clerk shall amend the judgment as set forth in the proposed amended restitution list attached to the government's motion as exhibit A. (Doc. # 79-1).

DATED June 11, 2014.

                                                                    _____
                                                                      UNITED STATES DISTRICT JUDGE